IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DUANE ROLLINS, | § | |
| | § | |
| Defendant Below, | § | No. 212, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | ID. No. 1212010904 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 7, 2018
Decided: October 16, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order, dated March 14, 2018, denying the appellant's first motion for postconviction relief.[1] As to the appellant's contention that the Superior Court lacked jurisdiction because the indictment in his possession was unsigned, he did not make this argument below[2] and, in any event, the indictment in the record was signed by the grand jury foreperson and a deputy attorney general.

---

[1] *State v. Rollins*, 2018 WL 1363808 (Del. Super. Ct. Mar. 14, 2018).

[2] Supr. Ct. R. 8 ("Only questions fairly presented to the trial court may be presented for review; provided, however, that when the interests of justice so require, the Court may consider and determine any question not so presented.").

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:


/s/  James T. Vaughn, Jr.
Justice